EDWARD LEMONT *vs.* COUNTY OF DODGE.

November 13, 1888.

Certiorari.—The action of the board of county commissioners, in forming a new school-district, being legislative, and not judicial, in its nature, cannot be reviewed on *certiorari.*

*Certiorari*, on the petition of Edward Lemont.

*C. B. Palmer*, for petitioner.

*Samuel Lord*, for respondent.

MITCHELL, J. It is sought by this writ to review the proceedings of the county commissioners of Dodge county in forming a new school-district. The action of the commissioners in the premises was purely legislative, and in no sense judicial, and therefore not reviewable by *certiorari.* *In re Wilson*, 32 Minn. 145, (19 N. W. Rep. 723.) Unless we are prepared to assume a general supervision over all municipal corporations, boards, commissions, and public officers in the state, this writ must be confined to its legitimate office, which is to review proceedings judicial in their nature, which affect the citizen in his rights of person or property.

Writ quashed.